IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHUL TELANG and ASHWINI GANDHE, husband and wife, | *Electronically Filed* |
| Plaintiffs, | Civil Action No.: 2:19-cv-01025-WSH<br>The Honorable W. Scott Hardy |
| v. | |
| NVR, INC. t/d/b/a RYAN HOMES, | |
| Defendant. | |

## **ORDER OF COURT**

AND NOW, this  4th  day of August, 2021, upon consideration of the Joint Motion to Amend Scheduling Order, IT IS HEREBY ORDERED as follows:

Said motion is granted. The Court's prior order (Doc. 50) is hereby amended as follows:

Motions for summary judgment shall comply with Local Rule 56, and the parties shall adhere to the following schedule: all motions for summary judgment shall be filed by **December 10, 2021**; all responses thereto shall be filed no later than **January 10, 2022**; and all replies shall be filed no later than **January 24, 2022**.

                                                                        /s/ W. Scott Hardy
                                                                       W. Scott Hardy
                                                                       United States District Judge

cc/ecf: All counsel of record