IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RAHUL TELANG and ASHWINI GANDHE, husband and wife, | |
|---|---|
| Plaintiffs, | Civil Action No. 2:19 – cv – 01025 – WSH |
| vs. | The Honorable: W. Scott Hardy |
| NVR, INC. t/d/b/a RYAN HOMES, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' APPENDIX TO THEIR RESPONSES TO NVR, INC.'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF NVR, INC.'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS

AND NOW come the Plaintiffs, by and through their attorneys, Brendan Lupetin, Esquire and Jonathan Gesk, Esquire, and hereby submit Plaintiffs' Appendix to Their Responses to NVR, Inc.'s Concise Statement of Material Facts in Support of NVR's Motion for Summary Judgment and Plaintiffs' Separate and Concise Statement of Material Facts as follows:

| Exhibit | Description | Bates No. |
|---|---|---|
| 1. | Timothy Phillips Deposition Excerpts | N/A |
| 2. | Daniel Simon Deposition Excerpts | N/A |
| 3. | 2006 International Residential Code Excerpts | N/A |
| 4. | Goodman Manufacturing Company, L.P. Service Instructions | N/A |
| 5. | Report of Anthony J. Shinsky, AIA, NCARB, BI-ICC, dated February 12, 2021 | N/A |
| 6. | Report of Michael A. Stichter, Ph.D., P.E., dated February 25, 2021 | N/A |

| 7. | Ryan Homes Highgrove Model #8 Mechanical Drawing M-2 | NVR-1452 |
| 8. | Ryan Homes Highgrove Model #10 Mechanical Drawing M-1 | NVR-1045 |
| 9. | Jerry Stein Deposition Excerpts | N/A |
| 10. | Scott Fraser Deposition Excerpts | N/A |

Respectfully Submitted By:

/s/ Brendan B. Lupetin
Brendan B. Lupetin, Esq.
blupetin@pamedmal.com
Lupetin & Unatin, LLC
707 Grant Street, Suite 3200
Pittsburgh, PA 15219

/s/ Jonathan M. Gesk
Jonathan M. Gesk, Esq.
jgesk@gesklaw.com
Gesk Moritz, LLC
14 E. Main Street
Carnegie, PA 15106

Date: January 10, 2022